UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

BRADLEY D. CAMPBELL,

    Plaintiff,

v.

JUNG TRUCK SERVICE, INC.,

    Defendant.                             No. 12-cv-247-DRH

### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**   This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on March 29, 2013, this case is **DISMISSED** with prejudice.

                              NANCY J. ROSENSTENGEL,
                              CLERK OF COURT


                        BY:      /s/*Sara Jennings*
                              **Deputy Clerk**

Dated:   June 4, 2013

Digitally signed by
David R. Herndon
Date: 2013.06.04
12:25:47 -05'00'

APPROVED:
        CHIEF JUDGE
        U. S. DISTRICT COURT